AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Leroy Plater, Jr. & Mark McCoy

**SUMMONS IN A CIVIL CASE**

V.

W.A. Chester L.L.C.

CASE NUMBER  1:06CV01219

C.   JUDGE: Paul L. Friedman

DECK TYPE: Employment Discrimination

DATE STAMP: 07/06/2006

TO: (Name and address of Defendant)

W.A. Chester L.L.C., 4390 Parliament Place, Suite Q, Lanham, MD 20706

Serve: Corporation Service Company, as Registered Agent, 1090 Vermont Avenue, N.W., Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Warren Kaplan ████████ Washington Lawyers' Committee for Civil Rights & Urban Affairs, 11 Dupont Circle NW, Suite 400, Washington, DC 20036

Joseph G. Davis, Jocelyn C. Flynn, ████████ Willkie Farr & Gallagher LLP, 1875 K Street, NW Washington, DC 20006

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUL -6 2006

CLERK                               DATE

*[signature]*
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Leroy Plater, Jr. & Mark McCoy

vs.

W.A. Chester L.L.C.

No. 1:06CV01219 PLF

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, THOMAS C. PARKS, having been duly authorized to make service of the Summons, Complaint, Exhibit A, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-16-1975.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:40 pm on July 6, 2006, I served W.A. Chester L.L.C. c/o Corporate Service Company, Registered Agent at 1090 Vermont Avenue, NW, Washington, DC 20005 by serving Renee Rice, Team Leader, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     45
HEIGHT-  5'8"
HAIR-    BLACK
WEIGHT-  160
RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 07/07/06
Date

THOMAS C. PARKS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 173222