## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR.      )<br>      )<br>   and      )<br>      )<br>MARK McCOY,      )<br>      )<br>      Plaintiffs,   )<br>      )<br>      v.      )<br>      )<br>W.A. CHESTER, L.L.C.,      )<br>      )<br>      Defendant.   ) | Case No.  1:06cv01219 (PLF) |

### DEFENDANT'S NOTICE OF APPEARANCE

The Clerk of Court shall kindly enter the appearance of each of the undersigned as the counsel of record in this action for Defendant W.A. Chester, L.L.C.

Respectfully submitted,

William P. Flanagan (#419287)
Dean A. Romhilt (#467253)
HOGAN & HARTSON LLP
8300 Greensboro Drive, Suite 1100
McLean, VA  22102
703-610-6100
703-610-6200 (fax)

Dated:  August 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Notice of Appearance was served by first-class U.S. mail, postage pre-paid, on this 14th day of August, 2006 on:

Susan E. Huhta
Warren K. Kaplan
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, DC  20036


Joseph G. Davis
Jocelyn C. Flynn
Renee L. Thorne
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC  20006


Dean A. Romhilt