## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEROY PLATER, JR.** ) | |
| ) | |
| **and** ) | |
| ) | |
| **MARK McCOY,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 1:06cv01219 (PLF)** |
| ) | |
| **W.A. CHESTER, L.L.C.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT'S LOCAL CIVIL RULE 7.1
## CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS

Defendant W.A. Chester, L.L.C. ("Chester"), by counsel, submits this Certificate of Disclosure of Corporate Affiliations pursuant to Local Civil Rule 7.1. Chester's ultimate parent company is Pepco Holdings, Inc., which has outstanding securities in the hands of public. Chester has no other parent, subsidiary, or affiliate companies with outstanding securities in the hands of public.

This information is provided only so that the judges of this Court may determine the need for recusal.

Respectfully submitted,

William P. Flanagan (#419287)
Dean A. Romhilt (#467253)
HOGAN & HARTSON LLP
8300 Greensboro Drive, Suite 1100
McLean, VA  22102
703-610-6100
703-610-6200 (fax)

Dated:  August 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's

Certificate of Disclosure of Corporate Affiliations was served by first-class U.S. mail, postage

pre-paid, on this 14th day of August, 2006 on:


Susan E. Huhta
Warren K. Kaplan
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, DC  20036


Joseph G. Davis
Jocelyn C. Flynn
Renee L. Thorne
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC  20006


_Dean A. Romhilt_
Dean A. Romhilt