IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR.<br><br>and<br><br>MARK MCCOY<br><br>   Plaintiffs,<br><br>v.<br><br>W.A. CHESTER, L.L.C.<br><br>   Defendant. | Civil Action No.: 1:06CV01219 (PLF) |

## CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT THE JOINT REPORT AND TO HOLD THE INITIAL STATUS CONFERENCE

Plaintiffs Leroy Plater, Jr. and Mark McCoy ("Plaintiffs") respectfully submit this consent motion for extension of time to file the joint report and to hold the initial status conference in the above-captioned action. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on July 6, 2006. After receiving a short extension, Defendant filed its timely Answer on August 14, 2006.

2. The Court scheduled the joint report pursuant to Local Rule 16.3 be filed on August 25, 2006 and the status conference be held on September 1, 2006 at 9:30 a.m.

3. Due to scheduling conflicts, counsel for the Plaintiffs and Defendant (collectively, "the parties") have agreed to extend the time to submit the joint report to August 31, 2006 and to reschedule the status conference for September 7, 2006 at 9:45 a.m., which date and time are available to the Court.

1238846.2

For these reasons stated above, Plaintiffs respectfully request that the Court extend the parties' time to file the joint report to August 31, 2006 and to hold the initial status conference on September 7, 2006 at 9:45 a.m.

Counsel for Defendant has consented to this Motion.

Dated:  August 25, 2006

                              Respectfully submitted,

                              By:  /s/ Joseph G. Davis

Susan E. Huhta, 453478
Warren K. Kaplan, 034470

WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle NW
Suite 400
Washington, DC 20036
(202) 319-1000

Joseph G. Davis, 441479
Jocelyn C. Flynn, 458632
Renee L. Thorne, 485697
Jane H. Kim, 492825

WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
tel: (202) 303-1000
fax: (202) 303-2000