IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR.<br><br>and<br><br>MARK MCCOY<br><br>        Plaintiffs,<br><br>v.<br><br>W.A. CHESTER, L.L.C.<br><br>        Defendant. | Civil Action No.: 1:06CV01219 (PLF) |

## **ORDER**

UPON CONSIDERATION of the Plaintiffs' Consent Motion for Extension of Time to Submit the Joint Report and to Hold the Initial Status Conference and good cause having been shown, it is

ORDERED, that the Plaintiffs' Motion is GRANTED, and that the Parties shall have until August 31, 2006 to file the Joint Report. The initial status conference is rescheduled for September 7, 2006 at 9:45 a.m.

SO ORDERED THIS _____ day of _____, 2006

                                                                            _____
                                                                            U.S. District Court Judge