IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR. <br><br> and <br><br> MARK MCCOY <br><br> Plaintiffs, <br><br> v. <br><br> W.A. CHESTER, L.L.C. <br><br> Defendant. | Civil Action No.: 1:06CV01219 (PLF) |

## JOINT REPORT SUBMITTED PURSUANT TO LOCAL RULE 16.3

Pursuant to Local Rule 16.3 of this Court, counsel for Plaintiffs Leroy Plater, Jr. and Mark McCoy and Defendant W.A. Chester L.L.C. (collectively the "parties") hereby report the following:

1. Dispositive Motions: There are no dispositive motions pending. Plaintiffs believe this case will not be resolved by dispositive motion. Defendant intends to file a motion for summary judgment after the close of discovery and believes that this case will likely be resolved on such motion.

2. Joinder & Amendment of Pleadings: The parties agree that the deadline for joining additional parties and for amending the pleadings shall be November 17, 2006.

- 2 -

3. <u>Assignment to Magistrate Judge</u>:  The parties were not able to reach agreement on assignment of this case to a Magistrate Judge.  The parties therefore do not consent to assignment to a Magistrate Judge for any purpose.

4. <u>Possibility of Settlement</u>:  The parties have briefly explored settlement by telephone and letter.  At this time, Plaintiffs believe that further settlement efforts are premature.  Plaintiffs believe that alternative dispute resolution in the form of mediation may prove fruitful in this matter after discovery has been conducted.  Defendant believes that there is a realistic possibility of settling this case, is open to settlement discussions, and believes that this case would benefit from mediation at this time.

5. <u>Alternative Dispute Resolution (ADR) Procedures</u>:  See paragraph 4 above.

6. <u>Resolution by Dispositive Motions; Timing of Dispositive Motions</u>:  The parties agree that any dispositive motion should be filed by April 2, 2007.  The parties propose that opposition briefs be due by April 23, 2007, and that reply briefs be due by May 3, 2007.  The parties respectfully request that dispositive motions be ruled upon within 60 days of the Court's receipt of any reply.

7. <u>Initial Disclosures</u>:  Plaintiffs propose that the parties exchange initial disclosures pursuant to the Federal Rules of Civil Procedure by September 21, 2006.  Defendant believes that initial disclosures should be dispensed with in this case.

8. <u>Discovery</u>:  The parties propose a discovery period beginning on September 7, 2006 and ending on February 16, 2007.  Defendant believes that the limits on discovery imposed by the Federal Rules of Civil Procedure and Local Rules of this Court should apply and that there should be no deadline on serving written

discovery requests as long as they are served sufficiently in advance of the close of discovery so that the responding party has the fully prescribed time to respond. Plaintiffs agree, except that they propose that the parties be permitted to take up to 30 depositions and that all written discovery requests be served by December 15, 2006.

9. Experts:  The parties propose the following schedule for exchange of expert reports and information pursuant to Federal Rule of Civil Procedure Rule 26(a)(2) ("Rule 26(a)(2)"):

   a. Rule 26(a)(2) expert disclosures on issues upon which a party bears the burden of proof shall be served by such party by December 20, 2006;

   b. rebuttal Rule 26(a)(2) expert disclosures shall be exchanged by January 26, 2007; and

   c. experts shall be deposed by February 16, 2007.

10. Class Actions:  The parties agree that this paragraph is not applicable to this case.

11. Bifurcation:  The parties agree that there is no need for bifurcation of either discovery or trial in this case.

12. Pretrial Conference:  The parties agree that the pretrial conference be scheduled within 30 days after resolution of any dispositive motion.

13. Trial:  The parties agree that the trial date be set at the time of the pretrial conference.

14. Other Matters:  The parties agree that there are no other matters to raise at this time.

The parties reserve the right to request leave of Court for relief from these or other limitations on discovery, as appropriate.

Alternative proposed orders are attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph G. Davis<br>Susan E. Huhta (#453478)<br>Warren K. Kaplan (#034470)<br>WASHINGTON LAWYERS' COMMITTEE<br>FOR CIVIL RIGHTS & URBAN AFFAIRS<br>11 Dupont Circle NW, Suite 400<br>Washington, DC  20036<br>202-319-1000<br><br>Joseph G. Davis (#441479)<br>Jocelyn C. Flynn (#458632)<br>Renee L. Thorne (#485697)<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC  20006<br>202-303-1000<br><br>Counsel for Plaintiffs<br><br>Dated:  August 31, 2006 | /s/ Dean A. Romhilt<br>William P. Flanagan (#419287)<br>Dean A. Romhilt (#467253)<br>HOGAN & HARTSON LLP<br>8300 Greensboro Drive, Suite 1100<br>McLean, VA  22102<br>703-610-6100<br><br>Counsel for Defendant |