IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR.<br><br>and<br><br>MARK MCCOY<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>W.A. CHESTER, L.L.C.<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:06CV01219 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the Joint Report submitted pursuant to Local Rule 16.3 and the entire record herein, on this ___ day of ____ 2006, it is hereby

ORDERED that all parties shall be joined and all pleadings shall be amended by November 17, 2006; and it is further

ORDERED that discovery shall commence on September 7, 2006 and shall be completed by February 16, 2007; and it is further

ORDERED that the parties shall be limited to 30 depositions; and it is further

ORDERED that all written discovery requests be served by December 15, 2006; and it is further

ORDERED that any dispositive motion shall be filed by April 2, 2007, any opposition thereto shall be filed by April 23, 2007, and any reply shall be filed by May 3, 2007; and it is further

- 2 -

ORDERED that the parties shall exchange initial disclosures by September 21, 2006; and it is further

ORDERED that the parties disclose any expert witnesses on issues for which they bear the burden of proof by December 20, 2006, that rebuttal expert disclosures be exchanged by January 26, 2007, and that the parties depose all expert witnesses by February 16, 2007; and it is further

ORDERED that the Pretrial Conference shall be held within 30 days after resolution of dispositive motions.

Date: _____                    _____
                                                 The Honorable Paul L. Friedman
                                                 United States District Judge