# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR.        ) | |
|     and        ) | |
| MARK McCOY,        ) | |
|       Plaintiffs,        ) | |
|       v.        ) | Case No.  1:06cv01219 (PLF) |
| W.A. CHESTER, L.L.C.,        ) | |
|       Defendant.        ) | |

## (DEFENDANT'S PROPOSED) SCHEDULING ORDER

Upon consideration of the parties' Joint Local Rule 16.3 Report, it is hereby ORDERED that the following shall pertain to this case:

1.      Initial disclosures under Fed. R. of Civ. P. 26(a)(1) are dispensed with in this case.

2.      Discovery shall commence on September 7, 2006.  All discovery shall be completed on or before February 16, 2007.  The limits on discovery imposed by the Federal Rules of Civil Procedure and the Local Rules of this Court shall apply.  There is no deadline on serving written discovery requests as long as they are served sufficiently in advance of the close of discovery so that the responding party has the full prescribed time to respond.

3.      All parties shall be joined and all pleadings shall be amended by November 17, 2006.

4.     The parties shall identify any expert witnesses and make the disclosures required by Fed. R. Civ. P. 26(a)(2) on or before December 20, 2006.  The parties shall identify any rebuttal expert witnesses and make the disclosures required by Fed. R. Civ. P. 26(a)(2) on or before January 26, 2007.

5.     Dispositive motions shall be filed no later than April 2, 2007.  Oppositions to dispositive motions shall be filed no later than April 23, 2007.  Replies in support of dispositive motions shall be filed no later than May 3, 2007.

6.     The Pretrial Conference, if necessary, shall be held within 30 days after the resolution of any summary judgment motions.

7.     The trial date shall be established at the Pretrial Conference.

8.     This schedule may be modified at any time by the Court's own motion or upon motion of a party upon a showing of good cause or with the consent of all other parties.

SO ORDERED THIS _____ day of _____, 2006.


_____
Honorable Paul L. Friedman
United States District Court Judge