UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| LEROY PLATER *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-1219 (PLF) |
| W.A. CHESTER LLC, | ) | |
| Defendants. | ) | |

REFERRAL ORDER

On September 7, 2006, the parties came before the Court for a status conference. At that conference the Court informed the parties that it was referring this action to a magistrate judge for management and resolution of all discovery-related issues. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Alan Kay for the management of discovery in this case, including the pending contested motion for a protective order. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of the magistrate judge following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

___/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 7, 2006