IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR. </br></br>and </br></br>MARK MCCOY </br></br>          Plaintiffs, </br></br>v. </br></br>W.A. CHESTER, L.L.C. </br></br>          Defendant. | Civil Action No.: 1:06CV01219 (PLF) |

### PLAINTIFFS' RESPONSE TO DEFENDANT W.A. CHESTER, L.L.C'S MEMORANDUM REGARDING SEPTEMBER 7, 2006 INITIAL SCHEDULING CONFERENCE

Only hours ago, at the Initial Status Conference for this matter, the Court ruled that Plaintiffs and Defendant each would be permitted 20 deposition days of seven hours, expressly recognizing that more than one deposition could be taken on any given deposition day. The Court made this ruling after hearing from both sides and considering the positions they took in the Joint Report Submitted Pursuant to Local Rule 16.3. Plaintiffs respectfully request that the Court reject Defendant's attempt to re-argue an issue that has already been decided.

For the reasons Plaintiffs provided during the Initial Status Conference, Plaintiffs request that the Scheduling Order provide, as the Court stated this morning, that each side may take up to 20 days of depositions of 7 hours per day, without limitation as to the number of depositions. This formula provides the maximum incentive for Plaintiffs to be frugal in their

deposition planning, while at the same time equalizing the playing field for both parties.

                              Respectfully submitted,

                              /s/ Joseph G. Davis
                              Susan E. Huhta (#453478)
                              Warren K. Kaplan (#034470)
                              WASHINGTON LAWYERS' COMMITTEE
                              FOR CIVIL RIGHTS & URBAN AFFAIRS
                              11 Dupont Circle NW, Suite 400
                              Washington, DC  20036
                              202-319-1000

                              Joseph G. Davis (#441479)
                              Jocelyn C. Flynn (#458632)
                              Renee L. Thorne (#485697)
                              WILLKIE FARR & GALLAGHER LLP
                              1875 K Street NW
                              Washington, DC  20006
                              202-303-1000

                              Counsel for Plaintiffs

Dated:  September 7, 2006