UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>W.A. CHESTER, L.L.C., )<br>)<br>Defendant. )<br>) | Case No. 1:06cv01219 (PLF) |

**DEFENDANT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

The Clerk of Court shall kindly enter the appearance of Emily Glendinning as an additional counsel of record in this action for Defendant W.A. Chester, L.L.C.

Respectfully submitted,

_____
William P. Flanagan (#419287)
Dean A. Romhilt (#467253)
Emily J. Glendinning (#480855)
HOGAN & HARTSON LLP
8300 Greensboro Drive, Suite 1100
McLean, VA 22102
703-610-6100
703-610-6200 (fax)

Dated: October 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Notice of Appearance of Additional Counsel was served by first-class U.S. mail, postage pre-paid, on this 11th day of October, 2006 on:

>Susan E. Huhta
>Warren K. Kaplan
>Washington Lawyers' Committee for Civil Rights & Urban Affairs
>11 Dupont Circle NW, Suite 400
>Washington, DC  20036

>Joseph G. Davis
>Jocelyn C. Flynn
>Renee L. Thorne
>Willkie Farr & Gallagher LLP
>1875 K Street NW
>Washington, DC  20006

_____
Dean A. Romhilt