**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEROY PLATER, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Case No. 1:06cv01219 (PLF)** |
| ) | |
| W.A. CHESTER, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.2(d)

Joseph G. Davis (the "Movant"), a member in good standing of the Bar of the District of Columbia, an attorney admitted to practice before the United States District Court for the District of Columbia, and a member of the law firm of Willkie Farr & Gallagher LLP, counsel for Plaintiffs, Leroy Plater, Jr. and Mark McCoy, in the above referenced action, hereby moves the Court to enter an Order for the admission *pro hac vice*, pursuant to the Local Rules of the United States District Court for the District of Columbia, of Rachel A. Sheridan. In support of this motion, the Movant respectfully represents as follows:

1.     Rachel A. Sheridan is a member of the law firm of Willkie Farr & Gallagher LLP, which maintains offices at 1875 K Street, N.W., Washington, D.C. 20006, 202-303-1000.

2.     Ms. Sheridan is a member in good standing of the California Bar and the District of Columbia Bar and has a pending application to practice before this Court.

3.     Attached hereto is a declaration executed by Ms. Sheridan.

4.     The Movant requests that this Court allow this Motion so that Ms. Sheridan can file pleadings and appear and be heard at any hearings in this proceeding.

WHEREFORE, the Movant respectfully requests the Court enter an Order permitting

Rachel A. Sheridan to appear *pro hac vice* in this proceeding.

Respectfully submitted,

Susan E. Huhta (#453478)
Warren K. Kaplan (#034470)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle NW, Suite 400
Washington, DC  20036
202-319-1000

Joseph G. Davis (#441479)
Jocelyn C. Flynn (#458632)
Renee L. Thorne (#485697)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Tel.:    (202) 303-1000
Fax:    (202) 303-2000

Dated: October 20th , 2006