## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., _et al.,_ )<br><br>Plaintiffs, )<br><br>v. )<br><br>W.A. CHESTER, L.L.C., )<br><br>Defendant. ) | Case No. 1:06cv01219 (PLF) |

## DECLARATION OF RACHEL A. SHERIDAN IN SUPPORT OF MOTION FOR ADMISSION _PRO HAC VICE_ PURSUANT TO LOCAL RULE 86.2(d)

I hereby request admission to the Bar of this Court _pro hac vice_, in support of which I represent as complete, true and correct, the following:

1.    My name is Rachel A. Sheridan.

2.    My law firm name and business address, telephone and fax numbers are:

WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Telephone Number: (202) 303-1000
Fax Number: (202) 303-2000

3.    I am a member in good standing of the California Bar, admitted in 2005, and the District of Columbia Bar, admitted in 2005.

4.    I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body.

5.    I have not been admitted _pro hac vice_ in this Court within the last two years.

-2-

6.    I practice law from an office located in the District of Columbia.

7.    I am a member of the District of Columbia Bar, and I have a pending application for admission to practice before this Court.

DATED this 20th day of October, 2006.

_____
Rachel A. Sheridan

SWORN TO AND SUBSCRIBED before me
this 20th day of October, 2006.

_____
Notary Public
My Commission Expires:

Lori A. O'Neill
Notary Public District of Columbia
My Commission Expires April 14, 2010