IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:06cv01219 (PLF) |
| W.A. CHESTER, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon motion of Joseph G. Davis, a member in good standing of the Bar of the District of Columbia, an attorney admitted to practice before the United States District Court for the District of Columbia, and a member of the law firm Willkie Farr & Gallagher LLP, seeking the entry of an Order permitting Rachel A. Sheridan of Willkie Farr & Gallagher LLP to practice *pro hac vice* before the United States District Court for the District of Columbia and to represent Plaintiffs Leroy Plater, Jr. and Mark McCoy in this proceeding, and upon the declaration of Rachel A. Sheridan, and good cause appearing thereof;

IT IS on this ___ day of October, 2006;

ORDERED, that Rachel A. Sheridan of Willkie Farr & Gallagher LLP be and hereby is granted admission to appear *pro hac vice* in this proceeding.

_____
UNITED STATES DISTRICT JUDGE