**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| LEROY PLATER, JR., <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 1:06CV01219 (PLF/AK) |
| | ) | |
| v. | ) | |
| | ) | |
| W.A. CHESTER, L.L.C. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to the Court's Scheduling Order dated September 7, 2006, Rule 15(a) of the Federal Rules of Civil Procedure, and Local Civil Rules 7(i) and 15.1, Plaintiffs hereby move for leave to amend the Complaint in order to clarify that Mr. Plater's claims of retaliation include retaliation following the filing of the original Complaint and in order to amend certain limited facts. The proposed Amended Complaint is attached hereto.

Plaintiffs' counsel contacted Defendant's counsel to ascertain their position on this motion. Defendant's counsel indicated in writing that they will not oppose this Motion.

## INTRODUCTION

Plaintiffs filed their Complaint on July 6, 2006, asserting, *inter alia*, federal claims against Defendants for, *inter alia*, hostile work environment, denial of training and advancement, retaliation, and denial of equal pay in violation of the Civil Rights Act of 1866, 42 U.S.C. § 1981, as amended, Title VII of the Civil Right Act of 1964, as amended, and the District of Columbia Human Rights Act, D.C. Code Ann. § 21401 et seq. Plaintiffs now seek to amend Counts Seven, Eight and Nine and paragraphs 82 and 90 of the Complaint to make clear

1272649.3

that these claims include retaliation following the filing of the original Complaint, in violation of Section 1981, Title VII, and the D.C. Human Rights Act, and to amend paragraphs 82 and 90 to clarify the factual allegations therein.

## ARGUMENT

**A.**     **Justice Requires Granting Plaintiffs' Unopposed Request For Leave To Amend The Complaint.**

The court should grant Plaintiffs leave to amend their Complaint because "leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). Foman v. Davis, 371 U.S. 178, 182 (1962) ("In the absence of any apparent or declared reason . . . the leave sought should, as the rules require, be 'freely given.'"); Davis v. Liberty Mutual Ins. Co., 871 F.2d 1134, (D.C. Cir. 1989) ("It is common ground that Rule 15 embodies a generally favorable policy toward amendments."). Plaintiffs seek leave to amend their Complaint to allege retaliation occurring after the filing of the original Complaint, and to clarify minor facts in two paragraphs of the original Complaint.

Justice requires leave for Plaintiffs to amend their Complaint. Plaintiffs are seeking leave to amend their Complaint within the timeline contemplated by the Court in its Scheduling Order of September 7, 2006; therefore, there is no undue delay. Plaintiffs were unable to include in the original Complaint the new claims related to retaliation occurring after the complaint was filed. Additionally, Defendants' counsel have stated that they will not oppose Plaintiffs' motion for leave to amend the Complaint. Therefore, there is no "apparent or declared reason" to deny Plaintiffs' motion for leave to amend the Complaint, and justice requires that Plaintiffs be granted leave to amend the Complaint.

1272649.3

## **CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request leave of this Court to amend the Complaint as proposed.

November 17, 2006

Respectfully submitted,

Susan E. Huhta, 453478
Warren K. Kaplan, 034470

WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS &
URBAN AFFAIRS
11 Dupont Circle NW
Suite 400
Washington, DC 20036
(202) 319-1000

Joseph G. Davis, 441479
Jocelyn C. Flynn, 458632
Rachel A. Sheridan, 492531

WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000