## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEROY PLATER, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 1:06CV01219 (PLF/AK) |
| | ) | |
| v. | ) | |
| | ) | |
| W.A. CHESTER, L.L.C. | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

This matter having been brought before the Court by Plaintiffs upon motion pursuant to the Court's Scheduling Order dated September 7, 2006, Rule 15(a) of the Federal Rules of Civil Procedure, and Local Civil Rules 7(i) and 15.1, for leave to amend their Complaint, and the Court having considered the submissions and arguments of counsel and the record herein, and for good cause shown;

IT IS ON THIS ___ day of November, 2006,

ORDERED that Plaintiffs' motion for leave to amend the Complaint is hereby granted in its entirety; and

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel of record within seven (7) days of the date hereof.

_____
HONORABLE PAUL L. FRIEDMAN