UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>W.A. CHESTER, L.L.C., )<br>)<br>Defendant. )<br>_____) | Case No. 1:06cv01219 (PLF) |

**JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY ORDER**

Plaintiffs and Defendant hereby move the Court to enter the Stipulated Confidentiality Order attached hereto as Exhibit A as an Order of the Court. Plaintiffs and Defendant have agreed to the terms of the Stipulated Confidentiality Order, and they together request that it be entered by the Court.

Respectfully submitted,

_____
Joseph G. Davis (#441479)
Jocelyn C. Flynn (#458632)
Renee L. Thorne (#485697)
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
202-303-1000

Susan E. Huhta (#453478)
Warren K. Kaplan (#034470)
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, DC 20036
202-319-1000

Counsel for Plaintiffs

_____
William P. Flanagan (#419287)
Dean A. Romhilt (#467253)
Emily J. Glendinning (#480855)
Hogan & Hartson LLP
8300 Greensboro Drive, Suite 1100
McLean, VA 22102
703-610-6100

Counsel for Defendant

Dated: November 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion for Entry of Stipulated Confidentiality Order was served by electronic mail and U.S. Mail, postage pre-paid, on November 29, 2006 on:

>Susan E. Huhta
>Warren K. Kaplan
>Washington Lawyers' Committee for Civil Rights & Urban Affairs
>11 Dupont Circle NW, Suite 400
>Washington, DC 20036
>
>Joseph G. Davis
>Jocelyn C. Flynn
>Renee L. Thorne
>Willkie Farr & Gallagher LLP
>1875 K Street NW
>Washington, DC 20006

Emily J. Glendinning