IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:06cv01219 (PLF) |
| W.A. CHESTER, L.L.C., | ) |
| Defendant. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.2(d)**

Joseph G. Davis (the "Movant"), a member in good standing of the Bar of the District of Columbia, an attorney admitted to practice before the United States District Court for the District of Columbia, and a member of the law firm of Willkie Farr & Gallagher LLP, counsel for Plaintiffs, Leroy Plater, Jr. and Mark McCoy, in the above referenced action, hereby moves the Court to enter an Order for the admission *pro hac vice*, pursuant to the Local Rules of the United States District Court for the District of Columbia, of Patrick Sullivan. In support of this motion, the Movant respectfully represents as follows:

1. Patrick Sullivan is a member of the law firm of Willkie Farr & Gallagher LLP, which maintains offices at 1875 K Street, N.W., Washington, D.C. 20006, 202-303-1000.

2. Mr. Sullivan is a member in good standing of the New York State Bar and the District of Columbia Bar and has a pending application to practice before this Court.

3. Attached hereto is a declaration executed by Mr. Sullivan.

4. The Movant requests that this Court allow this Motion so that Mr. Sullivan can file pleadings and appear and be heard at any hearings in this proceeding.

WHEREFORE, the Movant respectfully requests the Court enter an Order permitting Patrick Sullivan to appear *pro hac vice* in this proceeding.

        Respectfully submitted,

        Susan E. Huhta (#453478)
        Warren K. Kaplan (#034470)
        WASHINGTON LAWYERS' COMMITTEE FOR
        CIVIL RIGHTS & URBAN AFFAIRS
        11 Dupont Circle NW, Suite 400
        Washington, DC 20036
        202-319-1000

        /s/ Joseph G. Davis
        Joseph G. Davis (#441479)
        Jocelyn C. Flynn (#458632)
        Renee L. Thorne (#485697)
        WILLKIE FARR & GALLAGHER LLP
        1875 K Street, N.W.
        Washington, D.C. 20006
        Tel.:  (202) 303-1000
        Fax:  (202) 303-2000

Dated: December 1, 2006