# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEROY PLATER, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:06cv01219 (PLF) |
| | ) |
| W.A. CHESTER, L.L.C., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF PATRICK SULLIVAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL RULE 86.2(d)

I hereby request admission to the Bar of this Court *pro hac vice*, in support of which I represent as complete, true and correct, the following:

1.  My name is Patrick Sullivan.

2.  My law firm name and business address, telephone and fax numbers are:

    WILLKIE FARR & GALLAGHER LLP
    1875 K Street, N.W.
    Washington, D.C. 20006
    Telephone Number: (202) 303-1000
    Fax Number: (202) 303-2000

3.  I am a member in good standing of the New York State Bar, admitted in 2003, and the District of Columbia Bar, admitted in 2005.

4.  I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body.

5.  I have not been admitted pro hac vice in this Court within the last two years.

6.  I practice law from an office located in the District of Columbia.

7.     I am a member of the District of Columbia Bar, and I have a pending application for admission to practice before this Court.

DATED this 1st day of December, 2006.



Patrick Sullivan

SWORN, TO AND SUBSCRIBED before me
this 1st day of December, 2006.

Ann M. Staron
Notary Public, District of Columbia
My Commission Expires April 30-2008

Notary Public
My Commission Expires: