UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., et al., <br>     Plaintiffs, <br><br> v. <br><br> W.A. CHESTER, L.L.C., <br><br>     Defendant. | Case No. 1:06cv01219 (PLF/AK) <br> **CERTIFICATION** |

I hereby acknowledge that I may receive CONFIDENTIAL information pursuant to the terms of the Discovery Confidentiality Order ("Confidentiality Order") entered in the above-captioned action on November ___, 2006. I have reviewed, understand, and agree to be bound by the Confidentiality Order. I specifically understand and agree that (1) CONFIDENTIAL information may only be used in connection with the above-captioned action, and (2) such CONFIDENTIAL information and any copies thereof are to remain in my personal custody until I have completed my assigned duties or my involvement in the above-captioned action has ended, at which time such CONFIDENTIAL information shall be returned to counsel who provided the information to me. I further agree that at no time will I leave CONFIDENTIAL information unattended at my place of employment or any other location where it could be observed, read, or digested by any unauthorized person. I further agree not to disseminate any information obtained or derived from such CONFIDENTIAL information to anyone or to disclose such information except as permitted by the Confidentiality Order. I further understand that violation of the terms of Confidentiality Order may be punishable and may subject me to a contempt finding and penalties.

Dated:_____          Signed:_____

\\\\NORTHVA - 024273/000005 - 361005 v1