UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>W.A. CHESTER, L.L.C., )<br>)<br>Defendant. )<br>) | Case No. 1:06cv01219 (PLF) |

### ORDER

Upon Defendant W.A. Chester L.L.C.'s Motion to Compel Plaintiff's Medical Records, it is hereby

ORDERED that the Motion is Granted; and it is further

ORDERED that Plaintiff Leroy Plater shall serve a full and complete response to Defendant's Document Request No. 32 no later than ____ days from the date hereof.

SO ORDERED this ____ day of _____, 2006.

_____
The Honorable Alan Kay
United States Magistrate Judge

Copies to:

William P. Flanagan
Dean A. Romhilt
Emily J. Glendinning
Hogan & Hartson, LLP
8300 Greensboro Drive, Suite 1100
McLean, VA 22102

Susan E. Huhta
Warren K. Kaplan
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, DC 20036

Joseph G. Davis
Jocelyn C. Flynn
Renee L. Thorne
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006