

**HOGAN & HARTSON**

Hogan & Hartson LLP
8300 Greensboro Drive
Suite 1100
McLean, VA 22102
+1.703.610.6100 Tel
+1.703.610.6200 Fax

**www.hhlaw.com**

November 10, 2006

Emily J. Glendinning
+1.703.610.6191
ejglendinning@hhlaw.com

*BY FIRST CLASS MAIL*

Jocelyn C. Flynn
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006

Re:  <u>Plater and McCoy v. W.A. Chester L.L.C.</u>

Dear Jocelyn:

Enclosed please find a medical records release form to be signed by Mr. Plater.  Please sign the form and return to my attention by November 20, 2006.

If you have any questions, please feel free to contact me at the number listed above.

Sincerely,

Emily J. Glendinning

Enclosure

# AUTHORIZATION FOR DISCLOSURE AND USE OF HEALTH INFORMATION

I, Leroy Plater, authorize the disclosure and use of health information about me as described below.

**1. Person(s) or class of persons authorized to disclose and use the information:**

Any Health Care Provider (including without limitation any hospital, clinic, doctor, nurse, psychiatrist, psychologist, social worker, or licensed or unlicensed therapist) whom I have visited or consulted or who has otherwise provided treatment, care, counseling, diagnosis or advice to me at any time after January 1, 1998.

**2. Person(s) or class of persons authorized to receive and use the information:**

W.A. Chester, L.L.C., and the law firm of Hogan & Hartson L.L.P. (including their attorneys, employees, and agents).

**3. Description of information that may be disclosed and used:**

The complete medical, mental health, hospital, counseling, rehabilitation and other health care records arising out of my care and/or treatment for any physical, medical, or mental condition, illness, or disability, including without limitation any and all case histories, charts, reports, notes, consultations, hospitalization records, and prescriptions, and any and all records received from other health care providers.

**4. The information will be disclosed and used for the following purposes:**

This information will be disclosed and used in connection with litigation that I have brought against W.A. Chester, L.L.C. in the United States District Court for the District of Columbia, captioned <u>Leroy Plater et al. v. W.A. Chester L.L.C.</u>, Case No. 1:06cv01219 (PLF).

**5. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be redisclosed and no longer protected by these regulations.**

**6. I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment or payment, or enrollment or eligibility for benefits.**

**7. I understand that I may revoke this authorization at any time by sending a written request to William P. Flanagan, Esq., Hogan & Hartson L.L.P., 8300 Greensboro Drive, Suite 1100, McLean, Virginia, 22102, except to the extent that action has been taken in reliance on this authorization.**

**8. I understand that a copy of this authorization shall be deemed as valid as the original.**

**9. This authorization expires upon the full and final completion of the litigation described above.**


_____          _____
Signature of Patient                                Date

_____Leroy Plater_____
Patient Name


(A copy of this signed form will be provided to the patient)