# WILLKIE FARR & GALLAGHER LLP

1875 K Street, N.W.
Washington, DC 20006-1238
Tel: 202 303 1000
Fax: 202 303 2000

November 30, 2006

**VIA E-MAIL AND FIRST CLASS MAIL**

Emily J. Glendinning, Esq.
Hogan & Hartson LLP
8300 Greenboro Drive
Suite 1100
McLean, VA 22102

Re:   Plater v. W.A. Chester, L.L.C. (Case No. 1:06CV01219 (PLF/AK))

Dear Emily:

I write in response to your letter dated November 27, 2006, regarding W.A. Chester L.L.C.'s ("Chester") request for all of Leroy Plater's medical records from April 24, 1999 to the present. I appreciate the mutual, continued effort to resolve this matter through voluntary discussions.

To clarify, Plaintiffs have not delayed production of Mr. Plater's relevant, previously-obtained medical records; such records have never been in Mr. Plater's or his counsel's possession. In fact, on October 10, 2006, Plaintiffs produced to Chester all relevant and responsive documents in their possession.

Immediately upon receipt of the request for all of Mr. Plater's medical records, attorneys for Mr. Plater compiled a list of medical and emotional counseling providers who had treated Mr. Plater since April 24, 1999. This list of individuals was provided to you in Response Number 20 of Mr. Plater's Objections and Responses to Defendant Chester's First Set of Interrogatories (Revised) on October 20, 2006 ("Interrogatory Response Number 20"). Moreover, Mr. Plater worked with his counsel to draft medical releases to all relevant care providers so that medical records can be secured by his counsel, reviewed, and produced to Chester.

With regard to your November 10, 2006 request that Mr. Plater allow Chester's attorneys access to his care providers through a medical release, Mr. Plater understandably opted not to sign the proposed release, fearing invasion of his privacy. As you note in your letter, Mr. Plater's decision was related to you on November 20, 2006. As we have discussed, Mr. Plater will produce all relevant medical records from his health and emotional care providers from 1999 to present date.

Plaintiffs' counsel is currently working to secure signed medical releases and deliver them by both fax and overnight delivery to each of the seven care providers identified in Interrogatory Response Number 20. Each provider is asked to deliver these records to Plaintiffs' counsel by December 7, 2006. Collection and review will take time, but we are actively pursing the matter. We

Emily J. Glendinning, Esq.
November 30, 2006
Page 2

will provide to Chester, on a rolling basis, relevant medical records as soon as possible. I will keep you updated on our progress in collecting and reviewing this data.

    Again, I extend my thanks for your continuing cooperation in this matter. Please contact me if you have any questions.

Sincerely,

Patrick Sullivan

cc:    Joseph G. Davis
        Warren K. Kapian
        Jocelyn C. Flynn
        William P. Flanagan
        Dean A. Romhilt

1277717.2