# HOGAN & HARTSON

Hogan & Hartson LLP
8300 Greensboro Drive
Suite 1100
McLean, VA 22102
+1.703.610.6100 Tel
+1.703.610.6200 Fax

www.hhlaw.com

November 30, 2006

Emily J. Glendinning
+1.703.610.6191
ejglendinning@hhlaw.com

*BY ELECTRONIC MAIL AND U.S. MAIL*

Patrick Sullivan, Esq.
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006

Re: Plater and McCoy v. W.A. Chester L.L.C.

Dear Patrick:

Your November 30, 2006 letter fails to address W.A. Chester's demand that Mr. Plater produce all medical records requested, not merely a subset of records that you deem relevant. As I wrote in my November 27, 2006 letter to you, Mr. Plater's refusal to produce his complete medical records is contrary to well-settled District of Columbia law. See Moore v. Chertoff, 2006 WL 1442447 (D.D.C. May 22, 2006); Lebron v. Powell, 217 F.R.D. 72, 77 (D.D.C. 2003); Whitbeck v. Vital Signs, Inc., 163 F.R.D. 398, 399-400 (D.D.C. 1995).

Your statement that Mr. Plater refused to sign the medical release provided by Chester because he feared an invasion of his privacy has no basis in light of the fact that Mr. Plater himself put his medical condition at issue in this case. Mr. Plater cannot bring a claim against Chester for emotional distress damages while at the same time claim his medical records are private. In any event, we have a Confidentiality Order in place to protect the confidentiality of Mr. Plater's medical records.

Chester is entitled to Mr. Plater's complete medical records. Accordingly, if by December 5, 2006 Mr. Plater does not either provide to Chester the signed medical release form or withdraw his claim for emotional distress damages, Chester will move to compel production of the medical records requested in Chester's Request for Production No. 32.

Sincerely,

Emily J. Glendinning