UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LEROY PLATER, JR., et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06cv01219 (PLF) |
| ) | |
| **W.A. CHESTER, L.L.C.,** ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WITHDRAWAL OF DEFENDANT'S
### MOTION TO COMPEL PLAINTIFF'S MEDICAL RECORDS

Defendant W.A. Chester L.L.C., by counsel, respectfully notifies this Court of its withdrawal of Defendant's Motion to Compel Plaintiff's Medical Records, filed with this Court on December 8, 2006.

On December 13, 2006, Plaintiff Leroy Plater produced what Plaintiff's counsel represented to be a complete set of all responsive medical records for Mr. Plater. Based on this representation, Defendant withdraws its Motion to Compel Plaintiff's Medical Records.

                    Respectfully submitted,

                    _____/s/_____
                    William P. Flanagan (#419287)
                    Dean A. Romhilt (#467253)
                    Emily J. Glendinning (#480855)
                    HOGAN & HARTSON LLP
                    8300 Greensboro Drive, Suite 1100
                    McLean, VA  22102
                    703-610-6100
                    703-610-6200 (fax)

Dated:  December 15, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Motion to Compel Plaintiff's Medical Records was served by electronic mail and U.S. Mail, postage pre-paid, on December 15, 2006 on:

>Susan E. Huhta
>Warren K. Kaplan
>Washington Lawyers' Committee for Civil Rights & Urban Affairs
>11 Dupont Circle NW, Suite 400
>Washington, DC  20036
>
>Joseph G. Davis
>Jocelyn C. Flynn
>Renee L. Thorne
>Willkie Farr & Gallagher LLP
>1875 K Street NW
>Washington, DC  20006

_____/s/_____
Emily J. Glendinning