IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., <u>et al.</u>,<br><br>        Plaintiffs,<br><br>v.<br><br>W.A. CHESTER, L.L.C.,<br><br>        Defendant. | Case No. 1:06CV01219 (PLF/AK) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE WRITTEN DISCOVERY REQUESTS

Pursuant to F.R.C.P. Rule 6(b)(1), Plaintiffs Leroy Plater, Jr. and Mark McCoy ("Plaintiffs") move this Court to extend the deadline for certain written discovery requests to be served until December 21, 2006. In support of its unopposed motion, Plaintiffs submit:

1. The initial complaint in this matter was filed on July 6, 2006.

2. On September 7, 2006, this Court ordered that written discovery requests shall be served by December 15, 2006.

3. On November 29, 2006, Plaintiffs noticed Defendant W.A. Chester, L.L.C. ("Defendant") for a Deposition of Defendant pursuant to Federal Rule of Civil Procedure 30(b)(6) on December 8, 2006.

4. To accommodate the schedules of the deponents who would testify at the 30(b)(6) deposition, on December 7, 2006 Plaintiffs agreed to postpone the 30(b)(6) deposition until December 14, 2006 and Defendant agreed that in doing so, it would not oppose an extension of the deadline for serving written discovery requests until December 21, 2006 to the extent such requests are based on the testimony provided at the 30(b)(6) deposition.

1284799.2

    5.    Pursuant to Local Rule 7(m), Plaintiffs have conferred with Defendant, who has agreed not to oppose the extension.

WHEREFORE, Plaintiffs respectfully request the entry of an order in the form submitted herewith granting the requested extension.

                                      Respectfully submitted,

Dated: December 15, 2006

                                      _____
Susan E. Huhta (#453478)
Warren K. Kaplan (#034470)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle NW
Suite 400
Washington, DC 20036
202-319-1000

Joseph G. Davis (#441479)
Jocelyn C. Flynn (#458632)
Rachel A. Sheridan (#492531)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
202-303-1000

COUNSEL FOR PLAINTIFFS