IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEROY PLATER, JR., <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:06CV01219 (PLF/AK) |
| v. ) | |
| ) | |
| W.A. CHESTER, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the unopposed motion of Plaintiffs for an extension of the deadline to serve certain written discovery requests. Upon consideration of that motion, Plaintiffs' representation that Defendant has not opposed the motion, and the record herein, it is ORDERED:

1.  That Plaintiffs' Unopposed Motion for Extension of Time to Serve Written Discovery Requests be, and hereby is, GRANTED.

2.  That written discovery requests, to the extent such requests are based on the testimony provided at the 30(b)(6) deposition of Defendant, shall be served by December 21, 2006.

SO ORDERED THIS _____ day of December, 2006.


Dated:                                                                    _____
                                                                          Honorable Paul L. Friedman
                                                                          UNITED STATES DISTRICT JUDGE