UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LEROY PLATER, JR., <u>et al.</u>,** )<br>)<br>   **Plaintiffs,** )<br>)<br>   v. )<br>)<br>**W.A. CHESTER, L.L.C.,** )<br>)<br>   **Defendant.** )<br>) | Case No.  1:06cv01219 (PLF) |

### DEFENDANT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

The Clerk of Court shall kindly enter the appearance of Michael J. Lorenger as an additional counsel of record in this action for Defendant W.A. Chester, L.L.C.

Respectfully submitted,

_____/s/_____
William P. Flanagan (#419287)
Michael J. Lorenger (#454146)
Dean A. Romhilt (#467253)
Emily J. Glendinning (#480855)
HOGAN & HARTSON LLP
8300 Greensboro Drive, Suite 1100
McLean, VA  22102
703-610-6100
703-610-6200 (fax)

Dated:  December 18, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendant's Notice of Appearance of Additional Counsel was served by first-class U.S. mail, postage pre-paid, on this18th day of December, 2006 on:

Susan E. Huhta
Warren K. Kaplan
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, DC  20036

Joseph G. Davis
Jocelyn C. Flynn
Renee L. Thorne
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC  20006

_____/s/_____
Emily J. Glendinning