UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> W.A. CHESTER, L.L.C., ) <br> ) <br> Defendant. ) | Case No. 1:06cv01219 (PLF) |

**DEFENDANT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

The Clerk of Court shall kindly enter the appearance of Michael J. Lorenger as an additional counsel of record in this action for Defendant W.A. Chester, L.L.C.

Respectfully submitted,

_____/s/_____
William P. Flanagan (#419287)
Michael J. Lorenger (#454146)
Dean A. Romhilt (#467253)
Emily J. Glendinning (#480855)
HOGAN & HARTSON LLP
8300 Greensboro Drive, Suite 1100
McLean, VA  22102
703-610-6100
703-610-6200 (fax)

Dated:  December 18, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendant's Notice of Appearance of Additional Counsel was served by first-class U.S. mail, postage pre-paid, on this 18th day of December, 2006 on:

Susan E. Huhta
Warren K. Kaplan
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, DC  20036

Joseph G. Davis
Jocelyn C. Flynn
Renee L. Thorne
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC  20006

_____/s/_____
Emily J. Glendinning