IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:06CV01219 (PLF/AK) |
| W.A. CHESTER, L.L.C., | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE RULE 26(a)(2)(B) EXPERT DISCLOSURES AND REBUTTAL RULE 26(a)(2)(B) DISCLOSURES**

Pursuant to F.R.C.P. Rule 6(b)(1), Plaintiffs Leroy Plater, Jr. and Mark McCoy ("Plaintiffs") move this Court to extend the deadline to January 5, 2007 for the provision of expert disclosures as required under F.R.C.P. Rule 26(a)(2)(B). Further, Plaintiffs request that this Court extend the deadline for the provision of rebuttal Rule 26(a)(2)(B) expert disclosures to February 9, 2007. In support of their motion, Plaintiffs submit:

1. The initial Complaint in this matter was filed on July 6, 2006.

2. On September 7, 2006, this Court ordered the parties to provide expert disclosures as required under F.R.C.P. Rule 26(a)(2)(B) on issues on which such party bears the burden of proof no later than December 20, 2006. This Court also ordered the parties to submit rebuttal Rule 26(a)(2)(B) expert disclosures by January 26, 2007.

3. Plaintiffs have engaged an expert to calculate damages. Additional time is needed to collect data from third parties to compile the report.

4. In addition and notwithstanding the extension of the deadlines to submit the expert disclosures, the parties will nonetheless disclose the name, address, resume, and list of

1284403.4

publications of their experts by December 20, 2006, and they will nonetheless disclose the name, address, resume, and list of publications of their rebuttal experts by January 26, 2007.

5.   Pursuant to Local Rule 7(m), Plaintiffs have conferred with Defendant W.A. Chester, L.L.C., who accepts the extension of deadlines as proposed and does not oppose this motion.

WHEREFORE, Plaintiffs respectfully request the entry of an order in the form submitted herewith extending the dates for reports as specified above.

Respectfully submitted,

Dated: December 19, 2006

/s/ Joseph G. Davis
Susan E. Huhta (#453478)
Warren K. Kaplan (#034470)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle NW
Suite 400
Washington, DC 20036
202-319-1000

Joseph G. Davis (#441479)
Jocelyn C. Flynn (#458632)
Patrick Sullivan (#490986)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
202-303-1000

COUNSEL FOR PLAINTIFFS