IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06CV01219 (PLF/AK) |
| ) | |
| W.A. CHESTER, L.L.C., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## <u>ORDER</u>

This matter is before the Court on the unopposed motion of Plaintiffs for an extension of the deadlines for expert disclosures and rebuttal expert disclosures. Upon consideration of that motion, Plaintiffs' representation that Defendant has consented to the grant of the motion, and the record herein, it is ORDERED:

1.     That Plaintiffs' Motion for Extension of Time to Serve Rule 26(a)(2)(B) Expert Disclosures and Rebuttal Rule 26(a)(2)(B) Disclosures be, and hereby is, GRANTED.

2.     That the parties shall serve expert disclosures on issues upon which a party bears the burden of proof by January 5, 2007.

3.     That the parties shall serve Rebuttal Rule 26(a)(2) expert disclosures by February 9, 2007.

4.     That the parties shall nonetheless disclose the name, address, resume and list of publications of their experts by December 20, 2006.

1285904.1

5.    That the parties shall nonetheless disclose the name, address, resume and list of publications of their rebuttal expert or experts by January 26, 2007.

SO ORDERED THIS _____ day of December, 2006.

Dated:                           _____

                                 Honorable Paul L. Friedman
                                 UNITED STATES DISTRICT JUDGE