UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., et al., )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>W.A. CHESTER, L.L.C., )<br>)<br>      Defendant. )<br>) | Case No. 1:06cv01219 (PLF) |

### DEFENDANT'S REPORT IN ANTICIPATION
### OF JANUARY 5, 2007 STATUS CONFERENCE

In this case, one current and one former employee of Defendant W.A. Chester, L.L.C. ("Chester") sued the company alleging discrimination in employment. During a Scheduling Conference on September 7, 2006, the Court set a discovery schedule (which concludes on February 16, 2007) and directed the parties to return to the Court for another Conference on January 5. The purpose of this Conference is "to discuss mediation, when and with whom."

In anticipation of the January 5 Conference, Chester, by counsel, reports as follows:

    1.    **Substantial Discovery Has Been Completed.**

Written discovery is largely complete. The deadline for serving written discovery has passed, and both sides have served and responded to written discovery. Plaintiffs have responded to Chester's interrogatories and document requests. Chester has produced nearly 8,000 pages of documents, including personnel records of Plaintiffs and the personnel files of

approximately 77 current and former employees, in response to Plaintiffs' document requests. Chester will respond to Plaintiffs' first set of interrogatories on January 8, 2007.

<u>Depositions</u>. Numerous depositions have been taken to date. Plaintiffs have conducted fifteen (15) depositions, among them a Rule 30(b)(6) deposition of Chester and depositions of Plaintiffs' supervisors and current or former employees who were alleged to be witnesses to discrimination. Chester has taken depositions of three (3) individuals: both Plaintiffs and an individual who prepared a Declaration on their behalf.

**2.  Relevant Facts Are Now Known, the Parties' Positions Have Been Clarified, and Mediation is Appropriate.**

The parties have spent thousands of hours in discovery over the last four months. As a result, key relevant facts are now known to them and have been fully developed. Accordingly, Chester submits that the parties be directed to proceed with mediation promptly using the Court's ADR procedures. Chester believes that there is a reasonable prospect for settlement of this case and that it would be an efficient use of the parties' and the Court's resources to proceed with mediation and explore settlement in a meaningful fashion.

Respectfully submitted,

/s/ William P. Flanagan

William P. Flanagan (#419287)
Dean A. Romhilt (#467253)
Emily J. Glendinning (#480855)
HOGAN & HARTSON LLP
8300 Greensboro Drive, Suite 1100
McLean, VA  22102
703-610-6100 (telephone)
703-610-6200 (fax)

Dated: January 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Report in Anticipation of January 5, 2007 Status Conference was served by electronic mail and by U.S. Mail, postage pre-paid, on January 3, 2007 on:

       Warren K. Kaplan
       Washington Lawyers' Committee for Civil Rights & Urban Affairs
       11 Dupont Circle NW, Suite 400
       Washington, DC  20036

       Joseph G. Davis
       Jocelyn C. Flynn
       Renee L. Thorne
       Willkie Farr & Gallagher LLP
       1875 K Street NW
       Washington, DC  20006

       _____
       Dean A. Romhilt