IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06CV01219 (PLF/AK) |
| ) | |
| W.A. CHESTER, L.L.C., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE RULE 26(a)(2)(B) EXPERT DISCLOSURES AND REBUTTAL RULE 26(a)(2)(B) DISCLOSURES

Pursuant to F.R.C.P. Rule 6(b)(1), Plaintiffs Leroy Plater, Jr. and Mark McCoy ("Plaintiffs") move this Court to extend the deadline to January 12, 2007 for the provision of expert disclosures as required under F.R.C.P. Rule 26(a)(2)(B). Further, Plaintiffs request that this Court extend the deadline for Defendant W.A. Chester, L.L.C. ("Defendant") to submit its rebuttal Rule 26(a)(2)(B) expert disclosures to February 16, 2007. In support of its motion, Plaintiffs submit:

1.  The initial Complaint in this matter was filed on July 6, 2006.

2.  On September 7, 2006, this Court ordered the parties to provide expert disclosures as required under F.R.C.P. Rule 26(a)(2)(B) on issues on which such party bears the burden of proof no later than December 20, 2006. This Court also ordered the parties to submit rebuttal Rule 26(a)(2)(B) expert disclosures by January 26, 2007.

3.  On December 21, 2006, this Court granted Plaintiffs' unopposed motion for extension of time to serve Rule 26(a)(2)(B) expert disclosures and rebuttal 26(a)(2)(B) disclosures and ordered Plaintiffs to provide expert disclosures as required under F.R.C.P. Rule

1290481.3

26(a)(2)(B) no later than January 5, 2007. This Court also ordered Defendant to submit its rebuttal Rule 26(a)(2)(B) expert disclosures by February 9, 2007.

3. While Plaintiffs have engaged an expert to calculate damages, unexpected matters have delayed final compilation of the report; Plaintiffs' counsel experienced a family emergency, and the expert was required to travel out of town on an unplanned trip.

4. Pursuant to Local Rule 7(m), Plaintiffs have conferred with Defendant, who accepts the extension of deadlines as proposed. Accordingly, no opposition to this motion is expected.

WHEREFORE, Plaintiffs respectfully request the entry of an order in the form submitted herewith extending the dates for reports as specified above.

Respectfully submitted,

Dated: January 5, 2007

Susan E. Huhta (#453478)
Warren K. Kaplan (#034470)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle NW
Suite 400
Washington, DC 20036
202-319-1000

Joseph G. Davis (#441479)
Jocelyn C. Flynn (#458632)
Patrick Sullivan (#490986)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
202-303-1000

COUNSEL FOR PLAINTIFFS