IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., <u>et al.</u>, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>W.A. CHESTER, L.L.C., )<br>)<br>Defendant. )<br>) | Case No. 1:06CV01219 (PLF/AK) |

### ORDER

This matter is before the Court on the unopposed motion of Plaintiffs for an extension of the deadlines for Plaintiffs' expert disclosures and Defendant's rebuttal expert disclosures. Upon consideration of that motion, Plaintiffs' representation that Defendant does not oppose the motion, and the record herein, it is ORDERED:

1. That Plaintiffs' Motion for Extension of Time to Serve Rule 26(a)(2)(B) Expert Disclosures and Rebuttal Rule 26(a)(2)(B) Disclosures be, and hereby is, GRANTED.

2. That Plaintiffs shall serve their Rule 26(a)(2)(B) expert disclosures on or before January 12, 2007.

3. That Defendant shall serve Rule 26(a)(2)(B) expert disclosures for its expert(s) on or before February 16, 2007.

SO ORDERED THIS _____ day of January, 2007.

Dated: _____

Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE