UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>W.A. CHESTER, L.L.C., )<br>)<br>Defendant. )<br>) | Case No. 1:06cv01219 (PLF) |

## JOINT REPORT ON MEDIATION

As directed by the Court at the January 5, 2007 Status Conference in this case, the parties, through counsel, have consulted on mediation and agree that mediation should proceed promptly upon the close of discovery on February 16, 2007. The parties jointly request that mediation proceed before Magistrate Judge Facciola.

Respectfully submitted,

_____         _____
Susan E. Huhta (#453478)           William P. Flanagan (#419287)
Warren K. Kaplan (#034470)         Dean A. Romhilt (#467253)
WASHINGTON LAWYERS' COMMITTEE      Emily Glendinning (#480855)
FOR CIVIL RIGHTS & URBAN AFFAIRS   HOGAN & HARTSON LLP
11 Dupont Circle NW, Suite 400     8300 Greensboro Drive, Suite 1100
Washington, DC 20036               McLean, VA 22102
202-319-1000                       703-610-6100

Joseph G. Davis (#441479)          Counsel for Defendant
Jocelyn C. Flynn (#458632)
Renee L. Thorne (#485697)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW

☆ with permission/DAR

Washington, DC 20006
202-303-1000

Counsel for Plaintiffs

Dated: January 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Report was served by U.S. Mail, postage pre-paid, on January 16, 2007 on:

> Warren K. Kaplan
> Susan E. Huhta
> Washington Lawyers' Committee for Civil Rights & Urban Affairs
> 11 Dupont Circle NW, Suite 400
> Washington, DC  20036
>
> Joseph G. Davis
> Jocelyn C. Flynn
> Renee L. Thorne
> Willkie Farr & Gallagher LLP
> 1875 K Street NW
> Washington, DC  20006

Dean A. Romhilt