UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1219 (PLF) |
| ) | |
| W.A. CHESTER LLC, ) | |
| ) | |
| Defendants. ) | |

ORDER OF REFERRAL

This matter came before the Court for a status conference on January 5, 2007. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. The parties filed a joint report regarding mediation on January 16, 2007. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Facciola for settlement discussions, beginning on February 16, 2007, upon the close of discovery; discussions shall conclude on or before March 28, 2007. The parties will contact Magistrate Judge Facciola's chambers to schedule a settlement conference. The parties shall also file a joint status report with the Court on or before April 2, 2007, regarding whether or not they would like the Court to vacate the current motions schedule.

SO ORDERED.

__/s/_____
PAUL L. FRIEDMAN
DATE: January 18, 2007            United States District Judge