UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
**LEROY PLATER, JR., et al.,**        )
                                      )
      **Plaintiffs,**            )
                                      )
      v.                        )   Case No. 1:06cv01219 (PLF)
                                      )
**W.A. CHESTER, L.L.C.,**             )
                                      )
      **Defendant.**            )
_____)

## NOTICE OF WITHDRAWAL

The Clerk of Court shall kindly withdraw the appearance of Michael J. Lorenger as counsel of record in this action for Defendant W.A. Chester, L.L.C. Defendant shall continue to be represented by William P. Flanagan, Dean A. Romhilt, and Emily J. Glendinning of Hogan & Hartson L.L.P., 8300 Greensboro Drive, Suite 1100, McLean, VA 22102.

                                          Respectfully submitted,

                                          _____/s/_____
                                          William P. Flanagan (#419287)
                                          Michael J. Lorenger (#454146)
                                          Dean A. Romhilt (#467253)
                                          Emily J. Glendinning (#480855)
                                          HOGAN & HARTSON LLP
                                          8300 Greensboro Drive, Suite 1100
                                          McLean, VA  22102
                                          703-610-6100
                                          703-610-6200 (fax)

Dated: January 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Notice of Withdrawal was served by first-class U.S. mail, postage pre-paid, on this 29th day of January, 2007 on:

Susan E. Huhta
Warren K. Kaplan
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, DC  20036


Joseph G. Davis
Jocelyn C. Flynn
Renee L. Thorne
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC  20006



_____/s/_____
Michael J. Lorenger