UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>W.A. CHESTER, L.L.C., )<br>)<br>Defendant. )<br>) | Case No. 1:06cv01219 (PLF) |

NOTICE SUBMITTING PROTECTIVE ORDER

Pursuant to a February 26, 2007 telephone conference with Magistrate Judge Kay and a Minute Order of the same date, Plaintiffs Leroy Plater, Jr. and Mark McCoy and Defendant W.A. Chester, L.L.C., by their respective counsel, submit the attached Protective Order for entry by the Court. Respectfully submitted,

_____  w/ permission     _____
Warren K. Kaplan (#034470)                    William P. Flanagan (#419287)
WASHINGTON LAWYERS' COMMITTEE                 Dean A. Romhilt (#467253)
FOR CIVIL RIGHTS & URBAN AFFAIRS              Emily Glendinning (#480855)
11 Dupont Circle NW, Suite 400                HOGAN & HARTSON LLP
Washington, DC 20036                          8300 Greensboro Drive, Suite 1100
202-319-1000                                  McLean, VA 22102
                                              703-610-6100
Joseph G. Davis (#441479)
Jocelyn C. Flynn (#458632)                    Counsel for Defendant
Renee L. Thorne (#485697)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
202-303-1000

Counsel for Plaintiffs

Dated: March 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice Submitting Protective Order was served on March 6, 2007 by U.S. Mail, postage pre-paid, on:

Jocelyn C. Flynn
Joseph G. Davis
Renee L. Thorne
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006


Warren K. Kaplan
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, DC 20036


_____
Dean Romhilt

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEROY PLATER, JR., <u>et al.</u>,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **W.A. CHESTER, L.L.C.,** ) <br> ) <br> **Defendant.** ) <br> ) | Case No. 1:06cv01219 (PLF) |

**PROTECTIVE ORDER**

WHEREAS the Court, in a February 26, 2007 telephone conference, permitted Plaintiffs to re-open the depositions of two employees of Defendant for the sole purpose of inquiring into certain allegations of retaliation against Plaintiff Leroy Plater, Jr. (which allegations were raised on February 16, 2007), it is hereby ORDERED that, until further notice from the Court or the passage of 90 days, whichever is earlier:

Neither Plaintiffs nor Defendant shall disclose to anyone or discuss with anyone (other than their counsel and, in the case of Defendant, its supervisory and management employees excluding foreman) the fact that the depositions of two employees of Defendant have been re-opened or the substance of the testimony given at their depositions.

If the Court determines that this Protective Order has been violated, the Court may impose such sanctions as it deems appropriate.

SO ORDERED THIS _____ day of March, 2007.

_____
Magistrate Judge Alan Kay
United States District Court
