UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>W.A. CHESTER, L.L.C., )<br>)<br>Defendant. )<br>) | Case No. 1:06cv01219 (PLF/JMF) |

**JOINT MOTION TO EXTEND PERIOD FOR SETTLEMENT DISCUSSIONS
AND TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS**

In light of the ongoing settlement discussions between the parties, Plaintiffs Leroy Plater, Jr. and Mark McCoy and Defendant W.A. Chester, L.L.C. respectfully request that the Court extend: (1) the period during which this case is referred to Magistrate Judge Facciola for settlement discussions, and (2) the deadline for filing dispositive motions.

Discovery concluded on February 16, 2007. This case was referred to Magistrate Judge Facciola for settlement discussions through March 28, 2007. The parties met twice to negotiate a possible settlement, and they participated in a settlement conference with Magistrate Judge Facciola on March 21, 2007. Additional conference(s) with Magistrate Judge Facciola are anticipated.

In its January 18, 2007 Order, Judge Friedman instructed the parties to file a joint status report on or before April 2, 2007, regarding whether or not they would like the Court to vacate the current motions schedule. The parties submit that extension of the April 2, 2007 deadline for filing dispositive motions would be a more efficient use of the parties' resources and

would permit them to focus on reaching a possible settlement, and they respectfully request that the Court vacate the current motions schedule.

Accordingly, the parties respectfully request that the Court: (1) extend the period during which this case is referred to Magistrate Judge Facciola until a settlement is reached or until either party has determined that settlement discussions have reached an impasse, and (2) extend the deadline for filing dispositive motions until three weeks following an impasse, if any, in the settlement discussions, as well as the deadline for oppositions to three weeks thereafter, and the deadline for replies, if any, to ten days thereafter. A proposed Order is attached.

Respectfully submitted,

_Jocelyn Flynn/DAR_ ✱

Warren K. Kaplan (#034470)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle NW, Suite 400
Washington, DC 20036
202-319-1000

Joseph G. Davis (#441479)
Jocelyn C. Flynn (#458632)
Renee L. Thorne (#485697)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
202-303-1000

Counsel for Plaintiffs

William P. Flanagan (#419287)
Dean A. Romhilt (#467253)
Emily Glendinning (#480855)
HOGAN & HARTSON LLP
8300 Greensboro Drive, Suite 1100
McLean, VA 22102
703-610-6100

Counsel for Defendant

Dated: March 23, 2007

✱ with permission

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY PLATER, JR., et al., )<br>)<br>　　　　Plaintiffs, )<br>)<br>　　　v. )<br>)<br>W.A. CHESTER, L.L.C., )<br>)<br>　　　　Defendant. )<br>) | Case No. 1:06cv01219 (PLF/JMF) |

ORDER

Upon consideration of the Joint Motion to Extend Period for Settlement Discussions and To Extend Deadline for Filing Dispositive Motions and the entire record herein, it is hereby

ORDERED that the Motion Be and the same hereby Is GRANTED; and it is

FURTHER ORDERED that this case remains referred to Magistrate Judge Facciola for settlement discussions until a settlement is reached or until either party has determined that settlement discussions have reached an impasse; and it is

FURTHER ORDERED that the deadline for filing dispositive motions shall be three weeks following an impasse, if any, in the settlement discussions, the deadline for filing oppositions shall be three weeks thereafter, and the deadline for filing replies, if any, shall be ten days thereafter.

SO ORDERED this ____ day of _____, 2007.

_____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion was served on March 23, 2007 by electronic mail and U.S. Mail, postage pre-paid, on:

> Jocelyn C. Flynn
> Joseph G. Davis
> Renee Thorne
> Willkie Farr & Gallagher LLP
> 1875 K Street NW
> Washington, DC  20006

> Warren K. Kaplan
> Washington Lawyers' Committee for Civil Rights & Urban Affairs
> 11 Dupont Circle NW, Suite 400
> Washington, DC  20036

_____
Dean Romhilt