UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEROY PLATER, JR., et al.,  )
                            )
         Plaintiffs,        )
                            )
    v.                      )   Case No. 1:06cv01219 (PLF)
                            )
W.A. CHESTER, L.L.C.,       )
                            )
         Defendant.         )
                            )

**FILED**

APR 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PROTECTIVE ORDER

WHEREAS the Court, in a February 26, 2007 telephone conference, permitted Plaintiffs to re-open the depositions of two employees of Defendant for the sole purpose of inquiring into certain allegations of retaliation against Plaintiff Leroy Plater, Jr. (which allegations were raised on February 16, 2007), it is hereby ORDERED that, until further notice from the Court or the passage of 90 days, whichever is earlier:

Neither Plaintiffs nor Defendant shall disclose to anyone or discuss with anyone (other than their counsel and, in the case of Defendant, its supervisory and management employees excluding foreman) the fact that the depositions of two employees of Defendant have been re-opened or the substance of the testimony given at their depositions.

If the Court determines that this Protective Order has been violated, the Court may impose such sanctions as it deems appropriate.

SO ORDERED THIS 17th day of April, 2007.

_____
Magistrate Judge Alan Kay
United States District Court